# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | 4:11MJ3042 |
| vs. | ) | DETENTION ORDER |
| RUDOLPH DELEON, | ) | COMPLAINT |
| Defendant. | ) | |

**IT IS ORDERED,**

1) The above-named defendant has waived a detention hearing and will be detained until further order of the court.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) A preliminary hearing will be held on September 27, 2011 at 10:00 a.m. before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

September 23, 2011                BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge